UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

FILED BY _____ D.C.

05 SEP 14 PM 2:45

THOMAS M. GOULD
CLERK, U.S. DISTRICT COURT
W/D OF T MEMPHIS

FRED ASKEW,

    Petitioner,

v.                                  No. 04-2514-Ma

UNITED STATES OF AMERICA,

    Respondent.

## JUDGMENT

    Decision by Court. This action came for consideration before the Court. The issues have been duly considered and a decision has been rendered.

    **IT IS ORDERED AND ADJUDGED** that this action is dismissed in accordance with the Order Denying Motion Pursuant to 28 U.S.C. § 2255, docketed July 26, 2005. The issuance of a certificate of appealability under amended 28 U.S.C. § 2253 is denied. Any appeal in this matter by Petitioner, proceeding *in forma pauperis*, is not taken in good faith.

**APPROVED:**

_____
SAMUEL H. MAYS, JR.
UNITED STATES DISTRICT JUDGE

September 12, 2005
_____
DATE

**THOMAS M. GOULD**

_____
CLERK

(By) DEPUTY CLERK

This document entered on the docket sheet in compliance
with Rule 58 and/or 79(a) FRCP on 9-16-05

9

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 9 in case 2:04-CV-02514 was distributed by fax, mail, or direct printing on September 16, 2005 to the parties listed.

---

Fred Askew
FPC-MILLINGTON
17740-076
P.O. Box 2000
Millington, TN 38083

Frederick H. Godwin
U.S. ATTORNEY'S OFFICE
167 N. Main St.
Ste. 800
Memphis, TN 38103

Honorable Samuel Mays
US DISTRICT COURT